# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 3/20/25     Time: 10:00 a.m.

Defendant: Wilber R. Navarro-Escobar     J#: 67205-511   Case #: 25-20102-CR-RUIZ/LOUIS
AUSA: Brian Dobbins                              Attorney:
Violation: MURDER IN AID OF RACKETEERING
Proceeding: RRC RE: CJA/ARR/PTD                  CJA Appt: David Donet, Esq.
Bond/PTD Held: ⃝ Yes  ⃝ No      Recommended Bond: PTD
Bond Set at:                                     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Brady Order NOT given
*David Donet, Esq., was appointed as CJA counsel on 3/19/25*

*Defendant Arraigned:*
*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*

*STIP PTD w/right to revisit (no hrg. held); Court sets*
**Brady order given**

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:         Time:         Judge:              Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:34:40                                    Time in Court: 4 mins