UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

     Defendant.

_____

**DEFENDANT'S INVOCATION OF**
**RIGHT TO SILENCE AND COUNSEL**

The Defendant, WILBER ROSENDO NAVARRO-ESCOBAR, hereby

invokes Defendant's rights to remain silent and to Counsel with respect to any and

all questioning or interrogation, regardless of the subject matter including, but not

limited to, matters that may bear on or relate to arrest, searches and seizures, bail,

pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that

may be relevant to sentencing, enhanced punishments, factors applicable under the

United States Sentencing Guidelines, restitution, immigration status, or

consequences resulting from arrest or conviction, appeals or other post-trial

proceedings. The Defendant requests that the U. S. Attorney ensure that this

invocation of rights is honored by forwarding a copy of it to all law enforcement

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

agents, government officials, or employees associated with the investigation of any matters relating to the Defendant. Any contact with the Defendant must be made through the Defendant's undersigned attorney.

   **DATED** on March 24, 2025.

                              Respectfully submitted,

                              **Donet, McMillan &Trontz, P.A.**

                    By: /s/ David A. Donet, Jr.
                         David A. Donet, Jr., Esq.
                         Florida Bar No.: 128910
                         Attorney for Defendant

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on March 24, 2025, undersigned counsel electronically filed the foregoing Defendant's Invocation of Right to Silence and Counsel with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

                              **Donet, McMillan &Trontz, P.A.**

                    By: /s/ David A. Donet, Jr.
                         David A. Donet, Jr., Esq.
                         Florida Bar No.: 128910
                         Attorney for Defendant
                         100 Almeria Avenue, Suite 230
                         Coral Gables, Florida 33134
                         Telephone: (305) 444-0030
                         Email: donet@dmtlaw.com
                         Email: paralegals@dmtlaw.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com