UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,
v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.
_____

**ORDER GRANTING DEFENDANT'S MOTION
FOR APPOINTMENT OF LEARNED COUNSEL PURSUANT TO 18 U.S.C. § 3005**

THIS CAUSE came before the Court on Defendant's [DE  ] Motion For Appointment of Learned Counsel Pursuant to 18 U.S.C. § 3005; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED.**

Attorney Gary E. Proctor, Esq., of 233 E. Redwood Street, Suite 1000C, Baltimore, MD 21202, telephone no.: (410) 444-1500, email: garyeproctor@gmail.com, is hereby appointed as second attorney to serve as Learned Counsel pursuant to 18 U.S.C. § 3005 to represent Defendant Wilber Rosendo Navarro-Escobar during the death penalty authorization process within the U.S. Department of Justice.

**DONE AND ORDERED** at the United States District Courthouse at Miami, Florida, on this _____ day of _____, 2025.

_____
**HON. RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc: Counsel of record.