UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20102-RAR

**UNITED STATES OF AMERICA**

vs.

**WILBER ROSENDO NAVARRO-ESCOBAR**,

    Defendant.

_____/

**ORDER GRANTING MOTION REQUESTING APPOINTMENT OF
CO-COUNSEL PURSUANT TO 18 U.S.C. § 3005**

**THIS CAUSE** comes before the Court on the Motion Requesting Appointment of Learned Co-Counsel Pursuant to 18 U.S.C. § 3005, [ECF No. 35] ("Motion"). The Court having considered the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. CJA Attorney Gary E. Proctor, Esq., of 233 E. Redwood Street, Suite 1000C, Baltimore, MD 21202, Telephone No.: (410) 444-1500, email: garyeproctor@gmail.com, is hereby appointed as second attorney to serve as Learned Counsel pursuant to 18 U.S.C. § 3005 to represent Defendant Wilber Rosendo Navarro-Escobar during the death penalty authorization process within the U.S. Department of Justice.

**DONE AND ORDERED** in Miami, Florida this 1st day of May, 2025.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc:    All Parties of Record