UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,
v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.

_____

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT

THIS CAUSE came before the Court on Defendant's [DE   ] Unopposed Motion for an Order Instructing FDC Miami to Facilitate In-Person Attorney-Client Visits With Client; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED.**

The Federal Bureau of Prisons is hereby directed and required to provide Defendant Wilber Rosendo Navarro-Escobar (Register No.: 67205-511) and his defense counsel full access at FDC Miami to a private conference room designated for attorney visits during visiting hours, upon Defense counsel's request.

**DONE AND ORDERED** at the United States District Courthouse at Miami, Florida, on this _____ day of _____, 2025.

                                                **HON. RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**

cc: Counsel of record.