**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20102-RAR**

**UNITED STATES OF AMERICA**

v.

**WILBER ROSENDO NAVARRO-ESCOBAR,**
Reg. No. 67205-511,

    Defendant.
_____/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR AN
ORDER INSTRUCTING FDC MIAMI TO FACILITATE
IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT**

**THIS CAUSE** comes before the Court on Defendant's Unopposed Motion for an Order Instructing FDC Miami to Facilitate In-Person Attorney-Client Visits With Client ("Motion"), [ECF No. 37]. The Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Federal Bureau of Prisons is hereby directed and required to provide Defendant Wilber Rosendo Navarro-Escobar (Register No. 67205-511) and his defense counsel full access at FDC Miami to a private conference room designated for attorney visits during visiting hours, upon defense counsel's request.

**DONE AND ORDERED** in Miami, Florida, on this 5th day May, 2025.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc: Counsel of record