UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.

_____

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Gary E. Proctor, Esq.**, of Law Offices of Gary E. Proctor, LLC, 233 E. Redwood Street, Suite 1000C, Baltimore, MD 21202, telephone no.: (410) 444-1500, email: garyeproctor@gmail.com, for purposes of appearance as "learned counsel" on behalf of Defendant, WILBER ROSENDO NAVARRO-ESCOBAR, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Gary E. Proctor, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Gary E. Proctor, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Maryland Bar and of the United States District Courts for the District of Maryland and for the District of Columbia.

Page **1** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

2.	The Movant, David A. Donet, Jr, Esq., of the law firm of Donet, McMillan & Trontz, P.A., telephone no.: (305) 444-0030, is a member in good standing of The Florida Bar and of the United States District Court for the Southern District of Florida and is authorized to file through this Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.	In accordance with the local rules of this Court, Gary E. Proctor, Esq. has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.	Gary E. Proctor, Esq., by and through designated counsel hereby requests that, pursuant to his appointment as "learned counsel" in this death-eligible case under the Criminal Justice Act (CJA) of 1964, as amended, 18 U.S.C. § 3006A, the Court waive the *Pro Hac Vice* admission fee due under this District's Administrative Order 2024-91.

5.	Gary E. Proctor, Esq., by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Gary E. Proctor, Esq., at email address: garyeproctor@gmail.com.

**WHEREFORE**, David A. Donet, Jr., Esq., moves this Honorable Court to enter an Order allowing Gary E. Proctor, Esq. to appear before this Court on behalf of Defendant, WILBER ROSENDO NAVARRO-ESCOBAR, for all purposes relating to the proceedings in the

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

above-styled matter and directing the Clerk to provide notice of electronic filings to Gary E. Proctor, Esq.

**DATED:** May 8, 2025.

                                        Respectfully submitted,

                                        **Donet, McMillan & Trontz, P.A.**

                                  By: /s/ David A. Donet, Jr.
                                          **David A. Donet, Jr., Esq.**
                                          Florida Bar No.: 128910
                                          Attorney for Defendant

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 8, 2025, undersigned counsel electronically filed the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record and that a copy thereof was emailed to Gary E. Proctor, Esq. at garyeproctor@gmail.com.

                                        **Donet, McMillan & Trontz, P.A.**

                                  By: /s/ David A. Donet, Jr.
                                          **David A. Donet, Jr., Esq.**
                                          Florida Bar No.: 128910
                                          Attorney for Defendant
                                          100 Almeria Avenue, Suite 230
                                          Coral Gables, Florida 33134
                                          Telephone: 305-444-0030
                                          Email: donet@dmtlaw.com
                                          Email: paralegals@dmtlaw.com

Page **3** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com