UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.
_____

### CERTIFICATION OF GARY E. PROCTOR, ESQUIRE

Gary E. Proctor, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Maryland Bar and of the United States District Courts for the District of Maryland and for the District of Columbia; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

**DATED:** May 8, 2025.

                                              **Law Offices of Gary E. Proctor, LLC**

                                     By: /s/ Gary E. Proctor
                                              **Gary E. Proctor, Esq.**
                                              Maryland Bar No.: 0512150062
                                              233 E. Redwood Street, Suite 1000C
                                              Baltimore, MD 21202
                                              Telephone: (410) 444-1500
                                              Email: garyeproctor@gmail.com