UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Motion [DE  ] to Appear *Pro Hac Vice* [for Gary E. Proctor, Esq.], Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the Motion and all other relevant factors, it is hereby,

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**.  Gary E. Proctor, Esq. may appear and participate in this action on behalf of WILBER ROSENDO NAVARRO-ESCOBAR. The Court waives the *pro hac vice* admission fee, as this is a death-eligible CJA case. The Clerk shall provide electronic notification of all electronic filings to Gary E. Proctor, Esq., at garyeproctor@gmail.com.

    **DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

                                                         **ROBERT A. RUIZ, II**
                                                         United States District Judge

Copies to Counsel of Record