UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.

_____

## **DEFENDANT'S MOTION TO SEAL**

Defendant, WILBER ROSENDO NAVARRO-ESCOBAR, by and through his undersigned counsel, files his Motion to Seal and respectfully requests that Defendant's *ex parte* Motion Requesting Authorization of Expenditure of Criminal Justice Act Funds and any resulting Order therefrom be SEALED, as the information contained therein is defense work product.

**WHEREFORE**, undersigned counsel moves this Honorable Court to enter its Order granting this Motion to Seal, for the foregoing reasons.

**DATED:** May 16, 2025.

                                                      Respectfully submitted,

                                                      **Donet, McMillan & Trontz, P.A.**

                                                      By: /s/ David A. Donet, Jr.
                                                         **David A. Donet, Jr., Esq.**
                                                         Florida Bar No.: 128910
                                                         Attorney for Defendant

[Certificate of Service on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2025, undersigned counsel electronically filed the foregoing Defendant's Motion to Seal with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record, and that a copy thereof was emailed to Larry Dash, Esq., CJA Case Budgeting Attorney, United States Courts of the Fourth Circuit, at Larry_Dash@ca4.uscourts.gov.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com