UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.

_____

### ORDER GRANTING DEFENDANT'S MOTION TO SEAL

THIS CAUSE came before the Court on Defendant's [DE   ] Motion to Seal; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED.**

Defendant may file under seal his *ex parte* Motion Requesting Authorization of Expenditure of Criminal Justice Act Funds and attachments hereto and these documents will remain under seal until further order of the Court.

**DONE AND ORDERED** at the United States District Courthouse at Miami, Florida, on this _____ day of _____, 2025.

_____
**HON. RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record.