UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.
_____/

**ORDER GRANTING**
**UNOPPOSED EMERGENCY MOTION TO STAY PROCEEDINGS**

**THIS CAUSE** came before the Court on the DE [ ] Unopposed Emergency Motion to Stay Proceedings filed by Defendant WILBER ROSENDO NAVARRO-ESCOBAR; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

    **ORDERED AND ADJUDGED** that the motion is **GRANTED**.

    This case is stayed until _____.

    **DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

                                                    **HON. RODOLFO A. RUIZ, II**
                                                 United States District Judge

Copies to Counsel of Record.