UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.

_____

### DEFENDANT WILBER ROSENDO NAVARRO-ESCOBAR'S MOTION TO SEAL

Defendant, WILBER ROSENDO NAVARRO-ESCOBAR, by and through his undersigned counsel, files his Motion to Seal and respectfully requests, pursuant to Fla. So. Dist. L.R. 5.4(b)(1), that *Defendant's Sealed Ex-Parte Motion Requesting Authorization of Expenditure of Criminal Justice Act Funds for Travel* be permitted to be filed under SEAL until further Order of the Court, as the information contained therein is defense work product, and that any resulting Order therefrom be SEALED, for those reasons.

**WHEREFORE**, undersigned counsel moves this Honorable Court to enter its Order granting this Motion to Seal, for the foregoing reasons.

**DATED:** March 6, 2026.

                                        Respectfully submitted,

                                        **Donet, McMillan & Trontz, P.A.**

                                        By: /s/ David A. Donet, Jr.
                                        **David A. Donet, Jr., Esq.**
                                        Florida Bar No.: 128910
                                        Attorney for Defendant

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2026, undersigned counsel electronically filed the foregoing Defendant's Motion to Seal with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein, and that copies thereof were emailed to Defendant's co-counsel, Learned Counsel Gary E. Proctor, Esq., at garyeproctor@gmail.com, and to Mitigation Specialist, Lisa McDermott, at lisamcdermott007@gmail.com.

          **Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
     **David A. Donet, Jr., Esq.**
     Florida Bar No.: 128910
     Attorney for Defendant
     100 Almeria Avenue, Suite 230
     Coral Gables, Florida 33134
     Telephone: 305-444-0030
     Email: donet@dmtlaw.com
     Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com