UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20102-RAR

UNITED STATES OF AMERICA

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

    Defendant.

_____

### ORDER GRANTING DEFENDANT'S MOTION TO SEAL

**THIS CAUSE** comes before the Court on Defendant Wilber Rosendo Navarro-Escobar's Motion to Seal, [ECF No. 117] ("Motion"). The Court having reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant is permitted to file his *Ex Parte* Motion Requesting Authorization of Expenditure of Criminal Justice Act Funds for Travel under seal. The Clerk shall maintain the *Ex Parte* Motion and any Order associated with the *Ex Parte* Motion under seal until further Order of the Court.

**DONE AND ORDERED** in Miami, Florida, on this 9th day of March, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**