UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

      Defendant.

_____

### DEFENDANT WILBER ROSENDO NAVARRO-ESCOBAR'S MOTION TO SEAL

Defendant, WILBER ROSENDO NAVARRO-ESCOBAR, by and through his undersigned counsel, files his Motion to Seal and respectfully requests, pursuant to Fla. So. Dist. L.R. 5.4(b)(1), that *Defendant's Sealed Ex-Parte Motion Requesting Authorization of Expenditure of Criminal Justice Act Funds for Travel* be permitted to be filed under SEAL until further Order of the Court, as the information contained therein is defense work product, and that any resulting Order therefrom be SEALED, for those reasons.

**WHEREFORE**, undersigned counsel moves this Honorable Court to enter its Order granting this Motion to Seal, for the foregoing reasons.

**DATED:** May 27, 2026.

      Respectfully submitted,

      **Donet, McMillan & Trontz, P.A.**

By:  /s/ David A. Donet, Jr.
      **David A. Donet, Jr., Esq.**
      Florida Bar No.: 128910
      Attorney for Defendant

Page **1** of **2**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 27, 2026, undersigned counsel electronically filed the foregoing Defendant's Motion to Seal with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein, and that copies thereof were emailed to Defendant's co-counsel, Learned Counsel Gary E. Proctor, Esq., at garyeproctor@gmail.com, and to Mitigation Specialist, Lisa McDermott, at lisamcdermott007@gmail.com.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com