UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20102-RAR

UNITED STATES OF AMERICA

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO SEAL

THIS CAUSE comes before the Court on Defendant Wilber Rosendo Navarro-Escobar's

Motion to File *Ex Parte* and Under Seal, [ECF No. 158] ("Motion").  The Court having reviewed

the Motion and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.  Defendant is permitted

to file his *Ex Parte* Motion Requesting Authorization of Expenditure of Criminal Justice Act Funds

for Travel under seal.  The Clerk shall maintain the *Ex Parte* Motion and any Order associated

with the *Ex Parte* Motion under seal until further Order of the Court.

DONE AND ORDERED in Miami, Florida, on this 27th day of May, 2026.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE