UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20102-RAR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILBER ROSENDO NAVARRO-ESCOBAR,

     Defendant.

_____

**DEFENDANT WILBER ROSENDO NAVARRO-ESCOBAR'S
NOTICE OF COMPLIANCE WITH MITIGATION PRESENTATION REQUIREMENT**

Defendant, WILBER ROSENDO NAVARRO-ESCOBAR, by and through his undersigned counsel, files this Notice of Compliance With Mitigation Presentation Requirement and hereby gives notice to this Honorable Court that on June, 22, 2026, he has complied with the Court's directive to submit his presentation to the Department of Justice as to why the death penalty should not be sought as to this Defendant.

**DATED:** June 23, 2026.

          Respectfully submitted,

          **Donet, McMillan & Trontz, P.A.**

     By:  /s/ David A. Donet, Jr.
          **David A. Donet, Jr., Esq.**
          Florida Bar No.: 128910
          Attorney for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 23, 2026, undersigned counsel electronically filed

Page **1** of **2**

the foregoing Defendant's Notice of Compliance With Mitigation Presentation Requirement with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
    **David A. Donet, Jr., Esq.**
    Florida Bar No.: 128910
    Attorney for Defendant
    100 Almeria Avenue, Suite 230
    Coral Gables, Florida 33134
    Telephone: 305-444-0030
    Email: donet@dmtlaw.com
    Email: paralegals@dmtlaw.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com